IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| MATTHEW WILLIAMS | : | NO. 15-471-3 |

O R D E R

AND NOW, this 14th day of December 2015, upon consideration of Defendant Matthew Williams' Motion to Join in All Motions Filed by Co-Defendants (Doc. No. 47), it is hereby ORDERED that the motion is DENIED. Defendant must file individual motions based on his particular circumstances.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.