IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| MATTHEW WILLIAMS | : | No. 15-471-3 |
| | : | |

## ORDER

AND NOW, this 17th day of August, 2020, upon consideration of Defendant's *pro se* letter dated April 27, 2020 requesting immediate release (Doc. No. 153), Defendant's Motion for Compassionate Release Pursuant to the First Step Act submitted by counsel (Doc. No. 157), the Government's Response in Opposition (Doc. No. 158), Defendant's medical records, and defense counsel's letter dated July 20, 2020, it is **ORDERED** that:

1. Due to the submission of Defendant's Motion submitted by defense counsel (Doc. No. 157), Defendant's *pro se* letter request for immediate release (Doc. No. 153) is **DEEMED MOOT**; and

2. Defendant's Motion (Doc. No. 157) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE